# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132359

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY FLOYD WILLIAMS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132359
COA: 260904
Macomb CC: 03-003381-FH

On order of the Court, the application for leave to appeal the September 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

               Clerk

p0122